**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6341**

---

EARL ANDERSON FRANKLIN,

Plaintiff - Appellant,

versus

LISA BLUE BOGGS, United States Attorney; N.
CARLTON TILLEY, JR., U. S. District Judge;
WALTER C. HOLTON, JR., Assistant United States
Attorney,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Frank W. Bullock, Jr., District Judge. (CA-00-157-1)

---

Submitted: May 11, 2000                    Decided: May 17, 2000

---

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Earl Anderson Franklin, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Earl Anderson Franklin appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Franklin v. Boggs</u>, No. CA-00-157-1 (E.D.N.C. Feb. 25, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2